UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN VILLEDA-MEJIA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>NEIL MCDOWELL (WARDEN),<br><br>　　　　Respondent. | No. CV 19-1152 AB (FFM)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: 3/4/2019

　　　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　United States District Judge